# UNITED STATES DISTRICT COURT

## FOR THE

## WESTERN DISTRICT OF TENNESSEE

## ORDER OF PRODUCTION

| | |
|---|---|
| **NO:** | 1:03-10101 |
| **USA v.** | Finis Ewin Hill |
| **AD** | Prosequendum |
| **FOR:** | Re-Sentencing Hrg |

**TO:** Tennessee Department of Corrections
Warden, West Tennessee State Prison
P. O. Box 1150
Henning, TN 38041-1150

YOU ARE HEREBY COMMANDED to have the person of **Finis Ewin Hill, Inmate # 1-07-0347,** by you restrained of his/her liberty, as it is said, by whatsoever names detained, together with the day and cause of his being taken and detained, before the Honorable James D. Todd, U. S. District Court Judge, for the Western District of Tennessee, at the room of said Court, in the **City of Jackson, Tennessee, at 8:30 a.m. on the 6th day of December, 2005**, then and there to do, submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ; further, to hold him in federal custody until disposition of this case and to produce him for such other appearances as this court may direct.

ENTERED THIS 25th DAY OF October, 2005.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10/26/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 1:03-CR-10101 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT